

**RECEIVED**
**CHARLOTTE, N.C.**

MAY 10 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:04-CV-389-V

| | |
|---|---|
| BELINDA J. REYNOLDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| UNUMPROVIDENT CORPORATION, ) | |
| ) | |
| Defendant. ) | |

Upon the joint motion of the parties, and for good cause shown, the Order for case management, filed November 12, 2004, is hereby modified to exempt the parties from mediation, and to extend the date for service of dispositive or other motions until June 30, 2005.

This 16th day of May, 2005.

_____