IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:04-CV-389-W

| | |
|---|---|
| BELINDA J. REYNOLDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| UNUMPROVIDENT ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER came this day before the undersigned United States District Judge for status conference and hearing on the parties' cross-motions for summary judgment. For the reasons stated on the record in open court, plaintiff's oral motion to amend the complaint to substitute Provident Life and Accident Insurance Company as proper party defendant is ALLOWED, defendant's motion for summary judgment (Doc. No. 13, 16) is GRANTED, and plaintiff's cross-motion for summary judgment (Doc. No. 18) is accordingly DENIED.

IT IS SO ORDERED.

Signed: September 28, 2006

Frank D. Whitney
United States District Judge